IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUAN CARLOS AGUILAR MENDEZ and JOEL AGUILAR MENDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>PREMIER MAINTENANCE, INC. and MICHAEL R. GOWER,<br><br>    Defendants. | Civil Action File No.<br><br>1:15-cv-03515-AT |

## ORDER

The above-styled case is before the Court on the parties' Joint Motion for Review and Approval of Settlement Agreement.  The parties have requested that the Court review and approve the parties' proposed Settlement Agreement in this case because Plaintiffs' Complaint includes claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.,*  The Court has reviewed the Settlement Agreement and finds that the settlement is a fair and reasonable resolution of the parties' dispute.  Accordingly, the parties' Joint Motion is **GRANTED**, and the Settlement Agreement is **APPROVED** and incorporated herein.

This Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED, this 12th day of January, 2016.

*signature*
Amy Totenberg
Judge, United States District Court